# EXHIBIT A

**08 C 1134**
**JUDGE MAROVICH**
**MAGISTRATE JUDGE BROWN**

```
          Quigley's Irish Pub
          4010 W 111th Street
          Oak Lawn, IL  60453
             708 952-4774
Server: Pumpkin Head    DOB: 12/19/2007
06:01 PM                     12/19/2007
Table 21/1                     5/50034

M/C                            5242899
Card #XXXXXXXXXXXX8068      REDACTED
Magnetic card present: jason s blahnik
Approval: 075719

             Amount:         17.54

              + Tip: _____

            = Total: _____

X_____
Approval: 075719


           Thanks! Come again.
```