**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NF **FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number:

JASON BLAHNIK
v.
QUIGLEY'S IRISH PUB

**08 C 1134**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JASON BLAHNIK

**JUDGE MAROVICH**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) ALEX HAGELI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Alex Hageli | |
| FIRM  LAW OFFICE OF ALEX M. HAGELI | |
| STREET ADDRESS  435 S CLEVELAND AVENUE, SUITE 306 | |
| CITY/STATE/ZIP  ARLINGTON HEIGHTS, IL  60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6272337 | TELEPHONE NUMBER  847-392-4832 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |