## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 1134

JASON BLAHNIK
v.
QUIGLEY'S IRISH PUB

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

QUIGLEY'S IRISH PUB

| NAME (Type or print) |  |
| --- | --- |
| Thomas B. Underwood |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas B. Underwood | |
| FIRM | |
| Purcell & Wardrope, Chtd. | |
| STREET ADDRESS | |
| 10 South LaSalle Street, Suite 1200 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3122933 | (312) 427-3900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |