3634 MJM; SI111

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 1134 |
| ) | |
| v. ) | |
| ) | |
| QUIGLEY'S IRISH PUB, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

**TO:**  Alex M. Hageli
LAW OFFICE OF ALEX M. HAGELI
435 S. Cleveland Ave., Ste. 306
Arlington Heights, IL 60005

**YOU ARE HEREBY NOTIFIED** that on **April 25, 2008**, we electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S ANSWER TO COMPLAINT**, a copy of which is attached hereto and served upon you electronically.

By:  /s/ Mark J. Mickiewicz
Mark J. Mickiewicz
Attorney for Defendant,
QUIGLEY'S IRISH PUB

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
Tel: (312) 427-3900
Fax: (312) 427-3944
Email: mjm@pw-law.com
F:\MJM\3634\Pleadings\NOF001.doc

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents electronically referenced herein to all attorneys of record, at their listed addresses, on **April 25, 2008.**

/s/ Sarah N. Johnson

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**
Alex M. Hageli
LAW OFFICE OF ALEX M. HAGELI
435 S. Cleveland Ave., Ste. 306
Arlington Heights, IL 60005


SUBSCRIBED AND SWORN to before

me this 25th day of April, 2008.

/s/ Josefina Rojas
Notary Public



"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011