## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jason Blahnik

                      Plaintiff,

v.                                      Case No.: 1:08−cv−01134
                                              Honorable George M. Marovich

Quigley's Irish Pub

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable George M. Marovich: Date for submission of the written status report is reset to 5/21/2008. Status hearing reset for 5/27/2008 at 11:00 a.m. for report on settlement. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.