# United States District Court, Northern District of Illinois

*HHV*

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1134 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Jason Blahnik vs. Quigley's Irish Pub | | |

**DOCKET ENTRY TEXT**

This case is dismissed with prejudice and each party to bear its own costs as all matters in controversy have been settled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|